**98–1440.   Comer v. Calim.**
Hamilton App. Nos. C–970603 and C–970635.   Reported at 83 Ohio St.3d 1452, 700 N.E.2d 334.   On

motion for reconsideration.   Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.